UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYDELL BURGERS,<br><br>    Petitioner,<br><br>    v.<br><br>V. M. ALMAGER, WARDEN,<br><br>    Respondent. | Case No. CV 07-8379-JVS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: March 18, 2009

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Burgers v. Almager - Order on R & R.wpd