UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LYDELL BURGERS, | ) | Case No. CV 07-8379-JVS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| V. M. ALMAGER, WARDEN, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: March 18, 2009

                                          /s/ James V. Selna
                                          JAMES V. SELNA
                                          UNITED STATES DISTRICT JUDGE