UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYDELL BURGERS,<br><br>             Petitioner,<br><br>     v.<br><br>V. M. ALMAGER, WARDEN,<br><br>             Respondent. | Case No. CV 07-8379-JVS (PJW)<br><br>AMENDED ORDER ACCEPTING REPORT AND ADOPTING, IN PART, FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it, in part, as its own findings and conclusions. The Court agrees that the Petition was not timely filed and must be dismissed for that reason.

The Court separately finds that petitioner was not on parole for his 1985 conviction at any time within the statute of limitations. As a result of his 1997 conviction, his earlier parole was revoked and never reinstated. 15 CA ADC § 2649(a). Because his earlier conviction was final for habeas purposes, review is not available on the theory that there is a nexus with the latest conviction because

1 | his earlier conviction was used as an enhancement.  <u>Lackawanna County
2 | Dist. Attorney v. Coss</u>, 532 U.S. 394, 403-404 (2001).  <u>Willis v.
3 | Collins</u>, 989 F.2d 187, 189 (5th Cir. 1993), which holds to the
4 | contrary, is neither a controlling nor currently accurate statement of
5 | the law.

7 | DATED: April 9, 2009

*[signature: James V. Selna]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE